Slip Op. 14-18

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEIHAI ZHENGWU INDUSTRY CO., LTD., ET AL.,**

Plaintiffs,

v.

**UNITED STATES,**

Defendant.

**Before: Timothy C. Stanceu, Judge**

**Court No. 05-00182**

**JUDGMENT**

Before the court are the Final Results of Redetermination Pursuant to Court Remand (Sept. 27, 2013), ECF No. 47 ("Remand Results"), which the International Trade Administration, United States Department of Commerce, filed in response to the court's Order (Aug. 13, 2013), ECF No. 46. No party to this action filed comments on the Remand Results. Therefore, upon consideration of the Remand Results, to which no party objected, and all papers and proceedings had herein, and upon due deliberation, is hereby

**ORDERED** that the Remand Results be, and hereby are, affirmed; and it is further

**ORDERED** that entries of merchandise that are affected by the Remand Results shall be liquidated in accordance with the final court decision in this action.

/S/ Timothy C. Stanceu
Judge

Dated: February 18, 2014
New York, New York